STATE OF NEW JERSEY v. STATE GRAND JURY
INVESTIGATION, NUMBER 105–83–3.

July 2, 1984.

Petition for certification denied.

JOHN ROYSTER v. NEW JERSEY STATE PAROLE BOARD.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. IRIS SPICER.

July 2, 1984.

Petition for certification denied.

ROBERT BENJAMIN v. WHITTINGTON, SINGER,
DAVIS & CO., INC.

July 2, 1984.

Petition for certification denied.